AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JOSE JIMENEZ, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>S&MA CONTRACTING INC., WARIS ALI, Individually, and ASAAD ALI a/k/a NASSIR ALI, Individually,<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASAAD ALI a/k/a NASSIR ALI
283 Devoe Avenue, Yonkers, New York, 10705
and
1019 Saw Mill River Road, Ardsley, New York 10502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chaya M. Gourarie, Esq.
Bell Law Group, PLLC
116 Jackson Avenue
Syosset, New York 11791
T. 516-280-3008
cg@belllg.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/5/2024                           /s/ P. Canales
                                         *Signature of Clerk or Deputy Clerk*