UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

JOSE JIMENEZ, INDIVIDUALLY, and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

      *Plaintiff*,

   -against-

S&MA CONTRACTING INC., et al,

      *Defendants*.

------------------------------------------------------------------ x

1:24-cv-00065 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On February 12, 2024, Defendants were hereby ordered to show cause why an Order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiff to seek default judgment against Defendants for failure to otherwise defend this action. Their deadline to file a response was February 19, 2024. To date, Defendants have not filed a response. Plaintiff is directed to seek a default judgment in compliance with my Individual Practices. Plaintiff is directed to serve a copy of this Order on Defendants, and file proof of service by February 22, 2024.

**SO ORDERED.**

**Dated:**   **February 21, 2024**
     **New York, New York**

             **ANDREW L. CARTER, JR.**
             **United States District Judge**