

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

February 22, 2024

*Via ECF*
Hon. Andrew L. Carter, Jr.,
United State District Court
Southern District of New York
40 Foley Square
New York, New York 10007



        **Re:**    **Jimenez, Jose vs. S&MA Contracting, et al**
               **Docket No.: 1:24-cv-65**

Dear Judge Carter:

    We represent Plaintiff in the above-docketed employment matter. We are in receipt of this Court's Order dated February 21, 2024 directing Plaintiff's counsel to serve the Court's Order on Defendants and to file an Affidavit of Service regarding same by February 22, 2024. We respectfully request a short extension of this deadline as our process server has indicated that it can serve the corporate defendant, S&MA Contracting Inc. today, but will need additional time to serve the individual defendants, Waris Ali and Asaad Ali a/k/a Nassir Ali.

    We thank you for your attention to this matter.

               Respectfully,

               BELL LAW GROUP, PLLC

               /s/ **Chaya M. Gourarie**

CG/cc           Chaya M. Gourarie, Esq.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: February 22, 2024
       New York, NY

---